**PAI Reliability**

Developed using samples of 3 populations:

1. Census-matched standardization sample of community-dwelling adults (1,462, from 12 states, used to select a census-matched sample of 1,000 subjects based on cross-stratification for the variables of gender, race, and age)
2. sample of adult patients collected from a variety of clinical settings (1,265 patients from 69 clinical sites, compared with two sources for range and variability of diagnoses)
3. a sample of college students from several universities (for use with further normative studies of college students)

Internal Consistency: median alphas were
   1. .81 – normative
   2. .86 – clinical
   3. .82 – college

Test-Retest:
   1. Mean reliability correlation for clinical scales = .85
   2. Mean Standard Error of Measurement = 3.8

**TSI Reliability**

Developed using 4 samples:

1. University students with a mean age of 28 yrs.  N= 275
2. 233 outpatient psychotherapy patients and 137 inpatients
3. 3,659 U.S. Navy recruits
4. 100 college students, mean age of 29 yrs

Internal consistency = .86 over all samples; Standard Error of Measurement = 5.47

**DAPS Reliability**

Sample: Stratified, random sample of 620 participants

Internal consistency – average alpha coefficient of .83 in the normative sample, .88 in the clinical/community sample. Average alpha coefficient in the university sample was .82  The Standard Error of Measurement = 4.7

DAPS has a large (over 400) sample of *traumatized* individuals, whereas other tests assessing PTSD are normed on normals and general psychiatric patients. It has validity scales. It evaluates trauma exposure in detail, assessing lifetime exposure to traumatic events, immediate cognitive, dissociative, and emotional responses at the time of the event, and present symptoms and impairment.

Use of trauma-related measures, and psychological tests in general, can increase incrementally the validity of the evaluation. Combined with a clinical interview, these instruments (particularly the DAPS) bring the results closer to exact, by reducing the error rate created by clinician variability.

I. **With regard to the reliability of diagnosis**, various studies have found that a traditional clinical interview alone has relatively poor reliability (.53 - .78). When psychometric testing is added, the validity increases, because any possible blind spots or biases of the examiner are eliminated through this method. The tests I included all have reliability coefficients in the mid- to upper-80s, strongly bolstering the accuracy of the clinical interview.

In addition, it is generally recommended that clinical accuracy will improve with the addition of multiple methods. In this evaluation, the methods included clinical interview, psychological testing, review of previous medical and psychotherapy records, and interviews with other people who know the plaintiff and could give their own descriptions of some of her symptoms.

II. **In response to the question regarding general acceptance and peer-reviewed articles,** I have found the following articles:

According to Boccaccini and Brodsky (1999), both the PAI and the TSI are used regularly by forensic psychologists who assess emotional trauma. (This study was conducted before the DAPS was published.)

Courtois, C.A. (2004). Complex trauma, complex reactions: Assessment and treatment. Psychotherapy: Theory, Research, Practice, Training, 41(4).

To quote from Dr. Courtois's article:

If the therapist utilizes standard psychological instruments in the initial assessment (e.g., Minnesota Multiphasic Personality Inventory [MMPI], Millon Multiaxial Clinical Inventory [MCMI]), he or she should be aware that, although these instruments may tap many symptom and function domains, they will likely not tap those associated with posttraumatic and dissociative symptomatology. For this reason, it is recommended that the therapist supplement standard instruments with newly developed screening instruments, symptom inventories, and clinical interviews designed to encompass these domains. The following instruments have been developed specifically to assess the symptoms of PTSD and dissociation and have been found to have adequate *reliability* and *validity*. A discussion of the use of many of these instruments, alone or in conjunction with more standard instruments used in psychology and psychiatry, and an approach to the evaluation of trauma can be found in works by Briere (2004), Carlson (1997), Wilson and Keane (2004), and Briere and Spinazzola (in press).

**The following instruments are recommended at this time**: Clinician-Administered PTSD Scale (CAPS; Blake et al., 1996), Impact of Event Scale—Revised (IES–R; Weiss & Marmar, 1997), **Detailed Assessment of Posttraumatic States (*DAPS*;** Briere, 2001), and Posttraumatic Stress Diagnostic Scale (PDS; Foa, 1995). Perhaps the two most useful

in the identification of CPTSD are the Trauma Symptom Inventory (TSI), an instrument developed to assess trauma symptoms proper but that assesses domains of the self and relations with others (Briere, 1995; Briere, Elliot, Harris, & Cotman, 1995), (emphasis added).

## III. Studies, books, and chapters citing the DAPS:

Briere, J. (2001). Detailed Assessment of Posttraumatic Stress (DAPS). Odessa, Florida: Psychological Assessment Resources.

Briere, J., & Runtz, M.R. (2002). The Inventory of Altered Self-Capacities (IASC): A standardized measure of identity, affect regulation, and relationship disturbance. Assessment, 9, 230-239.

Briere, J., Scott, C., & Weathers, F.W. (in press). Peritraumatic and persistent dissociation in the presumed etiology of PTSD. American Journal of Psychiatry.

Briere, J., Weathers, F.W., & Runtz, M. (in press). Is dissociation a multidimensional construct? Data from the Multiscale Dissociation Inventory. Journal of Traumatic Stress.

Briere, J., & Scott, C. (in press). Principles of trauma therapy: A guide to symptoms, evaluation, and treatment. Thousand Oaks, CA: Sage Publications -- expected publication date: 2/06

Briere, J. Psychological assessment of child abuse effects in adults. In J. P. Wilson & T.M. Keane (Eds.) Assessing psychological trauma and PTSD: A handbook for practitioners (pp. 43-68). New York: Guilford.

Dietrich, A.M. (2003). Characteristics of child maltreatment, psychological dissociation, and somatoform dissociation of Canadian inmates. Journal of Trauma and Dissociation, 4, 81-100.

Dietrich, A.M. (2004). PTSD and associated features as predictors of revictimization and perpetration with samples of adults abused in childhool. Dissertation Abstracts International: Section B. The Sciences and Engineering, 64, pp. 6325.

Elhai, J., Gray, M.J., Kashdan, C., & Franklin, C.L. (2005). Which Instruments Are Most Commonly Used to Assess Traumatic Event Exposure and Posttraumatic Effects?: A Survey of Traumatic Stress Professionals. Journal of Traumatic Stress, 18 (5), October 2005.

## IV. Studies, books, and chapters citing the TSI:

Defense styles and posttraumatic stress symptoms. Birmes, Philippe; Warner, Barbara Ann; Callahan, Stacey; Journal of Nervous & Mental Disease, Vol 188(5), May 2000. pp. 306-308. [Peer Reviewed Journal]

Banyard, V.L, Williams, L.M., & Siegel, J.A. (2001). Understanding links among childhood trauma, dissociation, and women's mental health. American Journal of Orthopsychiatry, 71, 311-321.

Banyard, V.L., Williams, L.M., & Siegel, J.A. (2001). The long-term mental health consequences of child sexual abuse: an exploratory study of the impact of multiple traumas in a sample of women. Journal of Traumatic Stress, 14, 697-715.

Banyard, V.L., Williams, L.M., & Siegel, J.A. (2003). The impact of complex trauma and depression on parenting: an exploration of mediating risk and protective factors. Child Maltreatment, 8, 334-349.

Banyard, V.L., Williams, L.M., & Siegel, J.A (2004). Childhood sexual abuse: a gender perspective on context and consequences. Child Maltreatment, 9, 223-238.

Berah, E. (1997). Test review: The Trauma Symptom Inventory. Psychiatry, Psychology, and Law, 4, 93-94.

Blumenthal, D.R., Neemann, J., & Murphy, C.M. (1998). Lifetime exposure to interparental physical and verbal aggression and symptom expression in college students. Victims and Violence, 13, 175-196.

Boccaccini, M.T., & Brodsky, S.L. (1999). Diagnostic test usage by forensic psychologists in emotional injury cases. Professional Psychology: Research and Practice, 30, 253-259.

Bradley, R.G. & Follingstad, D.R. (2003). Group therapy for incarcerated women who experienced interpersonal violence: a pilot study. Journal of Traumatic Stress, 16, 337-340.

Briere, J. (1997). Psychological assessment of adult posttraumatic states. Washington, DC: American Psychological Association.

Briere, J. (1995). Trauma Symptom Inventory professional manual. Odessa, FL: Psychological Assessment Resources.

Edens, J.F., Guy, L.S., Otto, R.K., Buffington, J.K., Tomicic, T.L., & Poythres, N.G. (2001). Factors differentiating successful versus unsuccessful malingerers. Journal of Personality Assessment, 77, 333-338.

Elliott, D.M., & Briere, J. (1995). Posttraumatic stress associated with delayed recall of sexual abuse: A general population study. Journal of Traumatic Stress, 8, 629-647.

Elliott, D.M. & Briere, J. (1996). Appendix I: Trauma Symptom Inventory scores as a function of sexual abuse status in male and female psychiatric inpatients and outpatients. In J. Briere, Therapy for Adults Molested as Children: Beyond Survival, Second Edition. New York: Springer Publishing Co.

Elliott, D.M., Mok, D.S., & Briere, J. (2004). Adult sexual assault: prevalence, symptomatology, and sex differences in the general population. Journal of Traumatic Stress, 17, 203-211,

Feerick, M.M, & Haugaard, J.J. (1999). Long-term effects of witnessing marital violence for women: the contribution of childhood physical and sexual abuse. Journal of Family Violence, 14, 377-398.

Fitzgerald, L.F., Buchanan, N.T., Collinsworth, L.L., Magley V.J., & Ramos, A.M. (1999). Junk logic: the abuse defense in sexual harassment litigation. Psychology, Public Policy, and Law, 5, 730-759.

Goodman, L.A., Corcoran, C., Turner, K., Yuan, N., & Green, B.L. (1998). Assessing traumatic event exposure: General issues and preliminary findings for the Stressful Life Events Screening Questionnaire. Journal of Traumatic Stress, 11, 521-542.

Gorde, M.W., Helfrich, C.A., & Finlayson, M.L. (2004). Trauma symptoms and life skill needs of domestic violence victims. Journal of Interpersonal Violence, 19, 691-708.

Green, B.L., Goodman, L.A., Krupnick, J.L., Corcoran, C.B., Petty, R.M., Stockton, P., & Stern, N.M. (2000). Outcome of single versus multiple trauma exposure in a screening sample. Journal of Traumatic Stress, 13, 271-286

Higgins, A.B., & Follette, V.M. Frequency and impact of interpersonal trauma in older women. Journal of Clinical Geropsychology, 8, 215-226.

Kamsner, S., & McCabe, M.P. (2000). The relationship between adult psychological adjustment and childhood sexual abuse, childhood physical abuse, and family-of-origin characteristics. Journal of Interpersonal Violence, 15, 1243-1261.

Kaplan, M.J., Klinetob, N.A. (2000). Childhood emotional trauma and chronic posttraumatic stress disorder in adult outpatients with treatment-resistant depression. Journal of Nervous and Mental Disease, 188, 596-601.

Kessler, B.L., & Bieschke, K.J. (1999). A retrospective analysis of shame, dissociation, and adult victimization in survivors of childhood sexual abuse. Journal of Counseling Psychology, 46, 335-341.

Larson, G.E., Booth-Kewley, S., Merrill, L.L., & Stander, V.A. (2001). Physical symptoms as indicators of depression and anxiety. Military Medicine, 166, 796-799.

Leahy, T., Pretty, G., & Tenenbaum, G. (2004). Perpetrator methodology as a predictor of traumatic symptomatology in adult survivors of childhood sexual abuse. Journal of Interpersonal Violence, 19, 521-540.

Luterek, J.A., Orsillo, S.M., & Marx, B.P. (2005). An experimental examination of emotional experience, expression, and disclosure in women reporting a history of childhood sexual abuse. Journal of Traumatic Stress, 18, 237-244, June 2005

McDevitts-Murphy, M.E., Weathers, F.W., & Adkins, J.W. (2005). Use of the Trauma Symptom Inventory in the assessment of PTSD symptoms. Journal of Traumatic Stress, 18, 63-67.

McGruder, J.A.K, Davidson, E.S., Gleaves, D.H, Stock, W., & Finch, J.F. (2000). Interpersonal violence and posttraumatic symptomatology: the effects of ethnicity, gender, and exposure to violent events. Journal of Interpersonal Violence, 15, 205-221.

Merrill, L.L. (2001). Trauma symptomatology among female U.S. Navy recruits. Military Medicine, 166, 621-624.

Merrill, L.L., Thomsen, C.J., Sinclair, B.B., Gold, S.R., & Milner, J.S. (2001). Predicting the impact of child sexual abuse on women: The role of abuse severity, parental support, and coping strategies. Journal of Consulting and Clinical Psychology, 69, 992-1006.

Merrill, L.L., Crouch, J.L., Thomsen, C.J., & Guimond, J.M. (2004). Risk for intimate partner violence and child physical abuse: psychosocial characteristics of multirisk male and female Navy recruits. Child Maltreatment, 9, 18-29.

Messman-Moore, T.L., Brown, A.L., & Koelsch, L.E. (2005). Posttraumatic symptoms and self-dysfunction as consequences and predictors of sexual revictimization. Journal of Traumatic Stress, 18, 253-261.

Pederson, C.L., Maurer, S.H., Kaminski, P.L., Zander, K.A., Peters, C.M., Stokes-Crowe, L.A., & Osborn, R.E. (2004). Hippocampal volume and memory performance in a community-based sample of women with posttraumatic stress disorder secondary to child abuse. Journal of Traumatic Stress, 17, 37-40.

Pollock, P.H. (2000). Eye movement desensitization and reprocessing (EMDR) for post-traumatic stress disorder (PTSD) following homicide. Journal of Forensic Psychiatry, 11, 176-184.

Purves, D.G, & Erwin, P.R. (2004). Post-traumatic stress and self-disclosure. Journal of Psychology, 138, 23-33.

Resick, P.A., Nishith, P., & Griffin, M.G. How well does cognitive-behavioral therapy treat symptoms of complex PTSD?: an examination of child sexual abuse survivors within a clinical trial. CNS Spectrums, 8, 340-342, 351-355.

Roche, D.N., Runtz, M.G., & Hunter, M.A. (1999). Adult attachment: A mediator between child sexual abuse and later psychological adjustment. Journal of Interpersonal Violence, 14, 184-207.

Rosenthal, B.S. (2000). Exposure to community violence in adolescence: Trauma symptoms. Adolescence, 35, 271-284.

Rosenthal, B.S. & Hutton, E.M. (2001). Exposure to community violence and trauma symptoms in late adolescence: Comparison of a college sample and a noncollege community sample. Psychological Reports, 88, 367-374.

Rosenthal, B.S., & Wilson, W.C. (2003). Impact of and exposure to community violence and psychological symptoms on college performance among students of color. Adolescence, 38, 239-249.

Rosenthal, B.S., & Wilson, W.C. (2003). The association of ecological variables and psychological distress with exposure to community violence among adolescents. Adolescence, 38, 459-479.

Runtz, M.G., & Roche, D.N. (1999). Validation of the Trauma Symptom Inventory (TSI) in a Canadian university sample. Child Maltreatment, 4, 69-80.

Sanders, B., & Moore, D.L. (1999). Childhood maltreatment and date rape. Journal of Interpersonal Violence, 14, 115-124.

Schaaf, K.K., & McCanne, T.R. (1998). Relationship of childhood sexual, physical, and combined sexual and physical abuse to adult victimization and posttraumatic stress disorder. Child Abuse & Neglect, 22, 1119-1133.

Shapiro, B.L., & Schwartz, J.C. (1997). Date rape: Its relationship to trauma symptoms and sexual self-esteem. Journal of Interpersonal Violence, 12, 407-419.

Sigman, M.R., & Wilson, J.P. (1998). Traumatic bereavement: post traumatic stress disorder and prolonged grief in motherless daughters. Journal of Psychological Practice, 4, 34-50.

Simon, M.J. (2001). A comparison between EMDR and exposure for treating PTSD: a single-subject analysis. Behavior Therapist, 23, 172-175.

Smith, D.W., Davis, J.L., & Fricker-Elhai, A.E. (2004). How does trauma beget trauma?: cognitions about risk in women with abuse histories. Child Maltreatment, 9, 292-303.

Wallis, D.A.N. (2002). Reduction of trauma symptoms following group therapy. Australian and New Zealand Journal of Psychiatry, 36, 67-74.

Weller, L.A. (2005). Group therapy to treat substance use and traumatic symptoms in female veterans.
Federal Practioner, 22, 27-38.

Wilson, C.W., & Rosenthal, B.S. (2004). Psychological effects of attacks on the World Trade Center: Analysis before and after. Psychological Reports, 94, 587-606.

Elhai, J., Gray, M.J., Kashdan, C., & Franklin, C.L. (2005). Which Instruments Are Most Commonly Used to Assess Traumatic Event Exposure and Posttraumatic Effects?: A Survey of Traumatic Stress Professionals. Journal of Traumatic Stress, 18 (5), October 2005.

## V.   Studies using the PAI and PTSD

McDevitt-Murphy, Meghan; Weathers, Frank; Adkins, Jennifer; Daniels, Jennifer Use of the Personality Assessment Inventory in Assessment of Posttraumatic Stress Disorder in Women.. Journal of Psychopathology & Behavioral Assessment,, 2005, Vol. 27 Issue 2,

An examination and comparison of the MMPI-2 and the Personality Assessment Inventory (PAI) in a sample of veterans evaluated for combat-related posttraumatic stress disorder. Mozley, Susannah Lee; Dissertation Abstracts International: Section B: The Sciences & Engineering, Vol 62(10-B), May 2002. pp. 4834. [Dissertation Abstract]

Personality Assessment Inventory (PAI) profiles of adult female abuse survivors. Cherepon, Joseph Adam; Prinzhorn, Bradford; *Assessment*, Vol 1(4), Dec 1994. pp. 393-399. [Peer Reviewed Journal]

Detection of Feigned Mental Disorders on the Personality Assessment Inventory: A Discriminant Analysis. By: Rogers, Richard; Sewell, Kenneth W.; Morey, Lesley C.; Ulstad, Karen L.. Journal of Personality Assessment, Dec96, Vol. 67 Issue 3, p629.

Detection of Back Random Responding : Effectiveness of MMPI-2 and Personality Assessment Inventory Validity Indices. Clark, Michael E.; Gironda, Ronald J.; Young, Robert W.; Psychological Assessment. Vol. 15(2) June 2003. pp. 223-234.

A Comparison of the PAI and MMPI-2 As Predictors of Faking Bad in College Students. By: Blanchard, Dorothy D.; McGrath, Robert E.; Pogge, David L.; Khadivi, Ali. Journal of Personality Assessment, Apr2003, Vol. 80 Issue 2, p197-205.

The Predictive Capacity of the MMPI-2 and PAI Validity Scales and Indexes to Detect Coached and Uncoached Feigning. By: Bagby, R. Michael; Nicholson, Robert A.; Bacchiochi, Jason R.; Ryder, Andrew G.; Bury, Alison S.. Journal of Personality Assessment, Feb2002.